# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DEIVIS A. MENDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0322
_____

April 26, 2024

Appeal from the County Court for Pinellas County; Dorothy L. Vacarro, Judge.

J. Jervis Wise of Brunvand Wise, P.A., Clearwater, for Appellant.

Ashley Moody, Attorney General, Tallahassee; and Helene S. Parnes, Senior Assistant Attorney General, and Lara E. Breslow, Assistant Attorney General Tampa, for Appellee.

PER CURIAM.

   Affirmed.

VILLANTI, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.